# EXHIBIT 3

Case5:12-cr-00887-EJD Document151-3 Filed10/09/14 Page1 of 16

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



450 Golden Gate Avenue, San Francisco, CA

| | |
|---|---|
| File Number: | 7A-SF-2604011 |
| Requesting Official(s) and Office(s): | SA Christina Chesson, San Francisco |
| Task Number(s) and Date Completed: | 15304.qbav.; 1/17/2013 |
| Name and Office of Linguist(s): | LA Maria del Pilar Silva, San Francisco |
| Name and Office of Reviewer(s): | Click here to enter text. |
| Source Language(s): | Spanish |
| Target Language: | English |
| Source File Information | |
| | Phone calls |

### VERBATIM TRANSLATION

Participants:
    Sarani Hernandez Ramirez    SHR
    Maria Guadalupe Valenzuela    MVC
    Castañeda
    Edwin Luna    ED
    Unknown Male    UM

Abbreviations:
    Unintelligible    UI
    Translator Notes    [TN: ]
    *Spoken in English*    *italics*

[TN: DIF "Desarrollo Integral de la Familia" -Integral Family Development- a Mexican public institution for social assistance]

UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

**NAME**                                 **ENGLISH TRANSLATION**

**PUMA640**

SHR: Uh, my name is Sarani Hernandez Ramirez. Uh, the date is December 3, 2012. Uh, at 3:15 p.m. and I am making this call willingly.

UM: *Okay. Thank you. Now, whom are we calling right now? The full name of the person we are calling.*

SHR: Her name is Maria Guadalupe Valenzuela Castañeda.

UM: *Okay. All right, are you ready to make the call?*

SHR: Yes.

UM: *Okay.*

SHR: Do I dial now?

UM: Yes, please.

MVC: [phone rings] Hello?

SHR: [UI], Mrs. Maria?

MVC: Hello?

SHR: With Mrs. Maria? Hello? Hello? [aside] She hung up on me.

1
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

UM: Uh, call back.

SHR: [OV] She hung up on me.

UM: *So the first attempt, uh, it was a female, uh, the person that answered the phone, in Spanish* [UI]. [Phone ringing]

MVC: Hello?

SHR: Hello? Mrs. Maria?

MVC: Yes. Who's calling?

SHR: Oh, uh, I wanted to see, uh, I wanted to see about--how are the children?

MVC: Fine.

SHR: Oh, uh, when can you give them back to me?

MVC: When you send me…Well, listen, you have taken all this time!

SHR: Yeah, but tell me how much you want. I'm working right now, just tell me how much you want and I--to give me the children back. I want the children back.

MVC: Well, send us the money we have spent on clothing and everything.

SHR: But that's why, tell me how much so I know more or less how much it is.

MVC: Are you going to send it to me?

CASE ID#: 7A-SF-2604011

SHR: Yes. Well, that is why I'm asking you, please, tell me how much you want. Because all I want is to have the children back. I want to know how Edwin and Angel are.

MVC: They are doing very well, going to school.

SHR: And, uh, and how is their health?

MVC: Fine, yeah, very well.

SHR: Uh, but now, tell me more or less, how much you want so I can get the money together and send it to you.

MVC: [background female voices] [UI], well...I don't know how much. Well, a long time has gone by, I need to ask my husband.

SHR: Yeah, well, tell me how much because, well, I want the children back quickly. Tell me more or less, how much you want.

MVC: Well, how much do you think that has been spent on them during this whole time?

SHR: Well, I don't know, you-- well, that's why, you tell me, I need to know how much.

MVC: [in the background] How much? [male's answers are unintelligible]. [UI]. But more or less? [back with SHR] Can you call back later?

SHR: No, the thing is that right now I'm going to--I'm going to work. That's why I want to know how much you want, uh, because I want the children back as soon as possible.

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

MVC: What?

SHR: I'm saying that I'm going to work right now, that's why I cannot call you later. That's why I need for you to tell me how much you want, because I want to get the children back now.

MVC: [background unintelligible conversation]

SHR: How long have the children been there already?

MVC: Well, you know, you do the math how long they have been [here].

SHR: When did Jesus leave them there with you?

MVC: Well, you do the math, you should know.

SHR: It was since July.

MVC: Huh?

SHR: It was in July.

MVC: Well, then. [background muffled voices]

SHR: And what school are the children attending?

MVC: Just a school here.

SHR: But, what's the name?

4
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

MVC: And why do you want to know? It's a school and that's it.

SHR: Well, I just want to know if it's a good school.

MVC: And when you had them with you, you know they went to school, and they were well fed and everything. Don't you worry that here they go to school and they are well fed and--and everything.

SHR: Yes, but, well, I want to know.

MVC: [OV] I bought them their school uniforms. Huh?

SHR: Why don't you... you give me my children?

MVC: Yeah, I am not keeping them from you; you were the one who said, "I don't want them!" And they heard it.

SHR: No, I never told you that I didn't want the children.

MVC: [OV] It's not that I don't want to give them to you.

SHR: [OV] I told you the whole time that I was--

MVC: [OV] You see how much time has gone by--

SHR: --I was striving to get the children back.

MVC: What?

5
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

SHR: I have been striving the whole time to get the children back. I have looked here for ways to get them back.

MVC: [OV] What do you mean the whole time, if they have been here all that time?

SHR: Not the whole time--

MVC: [OV] You have known--you told me, "I don't want anything. Give them to DIF, give them to whomever, I don't want anything!" You said that yourself.

SHR: Well, just tell me where they are so I can go pick them up. And I will bring you the money then, just tell me how much you want.

MVC: No, no, no; you just send it. Listen, it's not that easy.

SHR: Yeah, well, the thing is that I'm going to go over there, I'm going to go to pick them up, that's why I need you to tell me where and how much you want.

MVC: [OV] Oh, okay, give me a call. Give me a call so you can work things out with DIF, or I don't know, you can talk to DIF yourself.

SHR: But you have them. Tell me--

MVC: [OV] [UI].

SHR: --how much you want.

MVC: No, no, the thing is that I'm not keeping them here kidnapped or anything like that. Your kids are here, they are just here where you left them.

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

SHR: Yeah, well, just tell me how much it is that you want and that's it, so I can send you the money and you can give me the children back.

MVC: The thing is that I don't--I don't-- [background muffled voices] it's not that I am asking you for money, but I have spent a lot on them; but I am not charging you for anything. The DIF only helped me so they could stay and go to school.

SHR: And where are the children right now?

MVC: [OV] Being that you--that you--you--you abandoned them, since you said you didn't want them, they themselves chose that.

SHR: [OV] No, I never told you that I had abandoned them. I told you that I was going to look for somebody to go pick the children up. When I told you that somebody from here was going there, you told me that you wanted money.

MVC: [OV] No, no; no, don't be such a liar! Don't be a liar, you said, "I don't want them, you do what you want; I don't want any problems!" You said it like that!

SHR: No, I told you that if you didn't want any problems--I told you that I didn't want any problems and for you to tell me how much you wanted for the children.

MVC: [speaking in the background] [UI] told us that, son? [background unintelligible voices]

SHR: If this is not a kidnapping, why are you not giving them back to me? Just tell me how much you want.

MVC: [OV] Yeah, well, [UI]. [background unintelligible voices].

7
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

| | |
|---|---|
| ED: | Hello? |
| SHR: | You just tell me how much you want. Why don't you want to tell me how much you want so I can get the money together and send it to you? So you can give me the children back, please. [background unintelligible voices] Hello? |
| ED: | No, the thing is that we are not going to go back-- |
| SHR: | Edwin! |
| ED: | --because you said you didn't want us. |
| SHR: | No, I never told you guys anything, Edwin. The woman-- |
| ED: | [OV] [UI]. |
| SHR: | --is who's--who's telling you guys all those things, Edwin. She was-- |
| ED: | [OV] I was listening. I was listening-- |
| SHR: | [OV] --she was asking me for money in exchange for you guys. |
| ED: | I was listening. |
| SHR: | No, you--Edwin-- |
| ED: | [OV] [UI] just to ask for the money. |
| SHR: | No. Edwin, and where--where, uh, what school are you guys going? |

8
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

ED: To some [school].

SHR: But tell me where you guys are.

ED: No, we're just here, far away.

SHR: But tell me where you guys are.

ED: [OV] [UI].

SHR: What's the name of the place where you guys are? So I can come to pick you guys up.

ED: No, well, who knows!

SHR: What do you mean you don't know? Go ahead and ask--ask where you guys are.

ED: No. Are you going to come right now?

SHR: Yes. But I--I want, uh, I have the money but I want to know how much she wants so I can send it to her right now.

ED: No, nothing.

SHR: And where--but what's the name of the school you are attending?

ED: I don't know.

SHR: And how is Angel?

9
UNCLASSIFIED

CASE ID#: 7A-SF-2604011

ED: Fine.

SHR: Yeah? And you guys haven't been sick? [brief pause] Edwin?

ED: No, we haven't been sick. Yeah, but you said you didn't want us anymore that we should go to the DIF, that--that you didn't want problems anymore!

SHR: No, I told her that if she didn't want any problems that she needed to give you guys back to me.

ED: You said, mom, you said that you didn't want us anymore, that she could just throw us out to see what they could do with us.

SHR: [OV] No, that's what she told you guys, I haven't told her anything!

ED: No, we were [UI].

SHR: [OV] Tell the woman... Edwin! Edwin!

ED: What?

SHR: Ask the woman when I can call her back so she can tell me how much money she wants me to send her.

ED: [UI] I'm not going to leave.

SHR: Ask the woman how much she wants, to let me know when I can call her so she can tell me how much she wants.

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

ED: [OV] [UI]. We are not going to leave and if you come we are going to go to the bridge.

SHR: What bridge? Where is the bridge?

ED: No, I don't know, it's just...it's out there, it's far away.

SHR: But you guys are far away from the bridge?

ED: Yes.

SHR: But, right there where you guys live, what's the name there?

ED: Yeah, well, no, the woman [UI] wants no money, and we don't want to go back either.

SHR: But, what has the woman told you guys?

ED: Nothing. Right here, all she does here is treat us well, she feeds us and... she buys us [UI], she buys us clothes...everything.

SHR: Mm... let me talk to Mrs. Mari.

MVC: What happened?

SHR: Uh, when can I call you so you can tell me how much money you want me to send you, because I want the children back. What do you want me to do?

MVC: You talk to them. The thing is that one day you say one thing and--and you did-- You--everybody heard, look, there were people there listening. I am not the only

11
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

|     |     |
| --- | --- |
|     | one who heard it, we all heard what you said, that you didn't--that you didn't want any problems and to leave them wherever. So then [UI]-- |
| SHR: | [OV] No, I told you that I didn't want--that if you didn't want any problems to give me the children back. I [UI] uh-- |
| MVC: | [OV] No! [UI], don't be such a flake, geez! Don't be that way! Admit what you do! They heard it clearly; it was out loud, [UI]-- |
| SHR: | [OV] Look, I'm going to go now, uh, I'm going to take a bus, uh, but tell me where you can give me the children. |
| ED: | No, well, she doesn't want any money at all; we are not going to go back with you. Why just now? |
| SHR: | Because I have been calling you guys and she always says you guys are not there, she always says you guys are not in. Or she doesn't pick up the phone. |
| ED: | [OV] [UI] she [UI], we are always with her, always. |
| SHR: | [OV] No, I have called you guys. She even changed her phone number. |
| ED: | No, that's not true. |
| SHR: | [OV] Until Jesus gave it to me again. |
| ED: | No, nothing has changed here, not the phone [number]. |
| MVC: | [in the background] Yes, because my other phone broke. |

12
UNCLASSIFIED

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

ED: [OV] Ah, the other one! She changed it because the other one burnt, the one we heard you from, when you said that you didn't want us anymore.

SHR: That's not true, I never told her anything like that!

ED: The same way you forgot about us we also forgot; you are not my mom anymore.

SHR: No, I have never forgotten about you guys! If I was always--

ED: [OV] She's our mom.

SHR: --I was sending you guys money, and why was she telling you guys that I didn't send you any [money]?

MVC: [in the background] [UI].

ED: [OV] Yes, you were sending [money] but the thing is that it was too little, we were not eating, we couldn't eat on that. Because look, we didn't have shoes, we didn't have clothing... she--she was buying us clothes, she was feeding us, that [money] was not enough.

MVC: [UI]? Look, hearing you say all that now, that I didn't--that you were sending [money] and that I was saying no-- Listen, don't even call here again, I am really fed up with you now!

SHR: [OV] No--

MVC: Bye!

13
UNCLASSIFIED

CR1200887-000121

UNCLASSIFIED

CASE ID#: 7A-SF-2604011

SHR: --yeah, well, just tell me how much money you want. [aside] She already hung up on me.

[end of conversation]

PUMA641

Preamble:

"Uh, my name is Sarani Hernandez, uh, we are going to make a phone call now to Jesus Salinas Albor. Um, at--it is 3:40 in the afternoon."

[phone rings] [no conversation]

PUMA 642

[phone rings]

UF: *Hello?*

SHR: Hello?

UF: *Hello?*

SHR: Hello?

UF: *Pardon?*

SHR: Um…do you speak Spanish?

14
UNCLASSIFIED

CR1200887-000122