MELINDA HAAG (CABN 132612)
United States Attorney

Filed
JUN 05 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 12-00887-EJD |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 371—Conspiracy To Commit Extortion |
| v. ) | |
| ) | [SAN JOSE VENUE] |
| PATRICIA DELATORRE and ) JESUS SALINAS, ) | |
| Defendants. ) | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

COUNT ONE: (18 U.S.C. § 371)—Conspiracy To Commit Extortion)

1. Beginning in approximately June 2011 and continuing through approximately December 2012, in Santa Clara County, in the Northern District of California, and elsewhere, the defendants

PATRICIA DELATORRE and
JESUS SALINAS,

did knowingly and intentionally conspire to commit acts and offenses against the laws of the United States, that is: extortion, in violation of 18 U.S.C. § 1951.

1

2. It was a part of the conspiracy that defendant Salinas entered into an agreement in June 2011 by which Salinas agreed to bring the children of S.H. from the United States into Mexico in exchange for a payment of $700.

3. It was further a part of the conspiracy that defendant Salinas took custody of the children in Mexico in July 2011.

4. It was further a part of the conspiracy that defendant Salinas failed to bring the children to the United States as he had promised, and instead, working with defendant Delatorre, concealed the children at the residence of Delatorre's mother, Maria Guadalupe Valenzuela Castaneda (Valenzuela) in Juarez, Mexico.

5. It was further a part of the conspiracy that defendant Salinas and defendant Delatorre told S.H. on numerous occasions that she needed to pay money to Salinas, Delatorre and, Delatorre's mother, Maria Guadalupe Valenzuela Castaneda, as a part of the scheme.

6. It was further a part of the conspiracy that Salinas, Delatorre and Valenzuela used the implied threat that Hernandez would not see her children again to extort money from her as part of the scheme.

7. It was further a part of the conspiracy that defendant Delatorre threatened to report S.H. to immigration authorities in the United States if she stopped paying money to Valenzuela.

Overt Acts.

8. On approximately July 15, 2011, defendant Salinas told S.H. that she needed to send money to Valenzuela in Juarez, Mexico.

9. On approximately September 14, 2012, defendant Delatorre told E.I. and J.B., representatives of S.H., that S.H. would not get her children back until S.H. paid more money.

1     10. On December 10, 2012, Valenzuela told S.H. in a telephone conversation that S.H. needed to send her money.

All in violation of Title 18, United States Code, Section 371.

DATED: 6/5/15

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Assistant United States Attorney

(Approved as to form: _____)
AUSA Nedrow

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**
18 U.S.C. Section 371--Conspiracy To Commit Extortion

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum five years imprisonment, $250,000 fine, up to three years supervised release, $100 special assessment fee

---

**DEFENDANT - U.S.**

▶ PATRICIA DELATORRE

**DISTRICT COURT NUMBER**
CR 12-00887-EJD

*Filed JUN 05 2015 - RICHARD W. WIEKING, NORTHERN DISTRICT OF CALIFORNIA*

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California (from original indictment)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY D. NEDROW

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**OFFENSE CHARGED**
18 U.S.C. Section 371--Conspiracy To Commit Extortion

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum five years imprisonment, $250,000 fine, up to three years supervised release, $100 special assessment fee

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ JESUS SALINAS

**DISTRICT COURT NUMBER**
CR 12-00887-EJD

*Filed JUN 05 2015 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California (from original indictment)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM   Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY D. NEDROW

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: